

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable O. J. S. Ellingson,
General Manager,
Texas Prison System,
Huntsville, Texas.

Dear Sir:

Opinion No. 0-1199
Re:  J. C. Britton, T.S.R. No. 83265.

Question, under facts stated,
as to whether subject's sentence
received in Texas runs concurrent-
ly with his Federal sentence,
held premature.

Your letter of July 27, 1939, relative to the above captioned subject reads as follows:

"On August 1, 1936, J. C. Britton, No. 83265 was convicted of Robbery with Firearms in Parmer County and sentenced to 30 years in the Texas Prison System. He was received in the institution on August 20, 1936.

"He was released on a Federal bench warrant on May 8, 1937 to the Northern District of Texas, was tried in Federal Court at Amarillo, Texas and sentenced to 25 years in Federal Penitentiary for bank robbery. He is now confined in the United States Penitentiary at Alcatraz Island, Calif.

"Your opinion is respectfully requested as to whether his Texas sentence is being exercised and running concurrent with his Federal sentence."

In view of the fact that the subject has many more years to serve on the sentence he received in the Federal Court, we have concluded that the question submitted is now premature. However, should he be released from the Federal Penitentiary, and returned to the Texas Penitentiary, you may again submit the question and we shall be glad to answer it.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. O.J.S. Ellingson, Page #2.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Bruce W. Bryant_

Bruce W. Bryant
Assistant

B#B:pbp

APPROVED AUG 26, 1939

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY _BWB._
CHAIRMAN